IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| COMMONSPIRIT HEALTH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 3:21-cv-00460 |
| HEALTHTRUST PURCHASING | ) | District Judge Trauger |
| GROUP, L.P., and | ) | |
| HPG ENTERPRISES, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF INTENT TO REQUEST TRANSCRIPT REDACTION

In accordance with the Court's Notice of January 13, 2022 (D.E. 120), Plaintiff and Counter-defendant CommonSpirit Health ("Plaintiff or CommonSpirit") hereby notifies the Court of its intent to request redaction of the transcript of the hearing on November 17, 2022 before Judge Barbara Holmes.

Respectfully submitted,

/s/ Victor J. Domen, Jr.
Victor J. Domen Jr. (TN SBN 015803)
NORTON ROSE FULBRIGHT US, LLP
799 9th Street NW, Suite 1000
Washington, DC 20001
Telephone:(202) 662-0200
vic.domen@nortonrosefulbright.com

James H. Turken (CA SBN 89618)
Rebecca Lawlor Calkins (CA SBN 195593)
Neil P. Thakor (CA SBN 308743)
Kelly L. Doyle (CA SBN 326230)
NORTON ROSE FULBRIGHT US, LLP
555 South Flower Street, Forty-First Floor
Los Angeles, California 90071

4843-0070-4250.4

1

Telephone:(213) 892-9200
Facsimile: (213) 892-9494
*james.turken@nortonrosefulbright.com*
*rebecca.calkins@nortonrosefulbright.com*
*neil.thakor@nortonrosefulbright.com*
*kelly.doyle.dahan@nortonrosefulbright.com*

*Attorneys for Plaintiff*
COMMONSPIRIT HEALTH

## CERTIFICATE OF SERVICE

       I hereby certify that a true and exact copy of the foregoing has been served on January 23, 2023, via the Court's CM/ECF email notification system:

W. David Bridgers, TN BPR #016603
Elizabeth Boston Malloy, TN BPR #038669
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone (615) 244-6380
Facsimile (615) 244-6804
David.Bridgers@wallerlaw.com
Elizabeth.Malloy@wallerlaw.com

Benjamin Block (*pro hac vice*)
Paige Jennings (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, D.C. 20001
Telephone: (202) 662-5855
bblock@cov.com
pjennings@cov.com

*Attorneys for Defendants HealthTrust and HPG*

                                              */s/ Victor J. Domen, Jr.*
                                                Victor J. Domen, Jr.