IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| **COMMONSPIRIT HEALTH,** ) | |
| ) | **Case No. 3:21-cv-00460** |
| v. ) | **Judge Trauger** |
| ) | **Magistrate Judge Holmes** |
| **HEALTHTRUST PURCHASING GROUP,** ) | |
| **L.P.** *et al.* ) | |

**O R D E R**

On August 29, 2023, Special Master Christopher Sabis entered Special Master Order No. 9, which resolved CommonSpirit Health's Motion to Seal Pursuant to Special Master Order No. 7 (Docket No. 191) and requested that the Clerk maintain certain Docket Entries under seal and unseal certain other Docket Entries. (Docket No. 197.)

Pursuant to the order appointing the Special Master in this case, any objections to an order issued by the Special Master were required to be filed within 14 days of the filing of the order. (Docket No. 126 at ¶ 10.) The appointment order further provides that failure to file timely objections shall be deemed a waiver of any objections. (*Id.*) No objections to the Special Master's order have been raised, and any objections having therefore been waived, the Special Master's order at Docket No. 197 is hereby adopted as an order of the Court.

Accordingly, the issues raised by the parties in CommonSpirit Health's Motion to Seal Pursuant to Special Master Order No. 7 and in any related filings are resolved as described in Special Master Order No. 9. (Docket No. 197.) Specifically, the Clerk is DIRECTED to:

1. Maintain under seal Docket Numbers 153-1, 153-2, 153-3, 153-4, 153-5, 153-6, 153-7, 153-8, 153-9, 153-11, 153-12, 153-16, 153-17, 153-25, 153-27, 153-29, 164-4, and 164-6.

2. Unseal Docket Numbers 153-10, 153-13, 153-14, 153-15, 153-18, 153-19, 153-20, 153-21, 153-22, 153-23, 153-24, 153-26, 153-28, 164-1, 164-2, 164-3, 164-5, 164-7, 164-8, 164-9, 164-10, and 164-11.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge