# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| COMMONSPIRIT HEALTH, a Colorado Corporation, <br><br> Plaintiff, <br><br> v. <br><br> HEALTHTRUST PURCHASING GROUP, L.P., a Delaware limited partnership, ET AL., <br><br> Defendants. | Civil No. 3:21-cv-00460 <br> Judge Trauger |

## ORDER

The court has been notified that this case has settled. It is hereby **ORDERED** that a stipulation of dismissal or other settlement document shall be filed within thirty (30) days of the entry of this Order.

The jury trial scheduled for May 7, 2024 and the pretrial conference scheduled for May 3, 2024 are **CANCELLED**.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge