IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| **COMMONSPIRIT HEALTH,** ) | |
| ) | **Case No. 3:21-cv-00460** |
| v. ) | **Judge Trauger** |
| ) | **Magistrate Judge Holmes** |
| **HEALTHTRUST PURCHASING GROUP,** ) | |
| **L.P.** *et al.* ) | |

**O R D E R**

Currently pending is a fee application filed by the Special Master on October 5, 2023, for his work resolving discovery disputes in this matter between June 1, 2023, and September 30, 2023. (Docket Nos. 201 and 202.)

Pursuant to the order of appointment of the Special Master, objections to any compensation requested by the Special Master must be filed within 14 days of the filing of the fee application, and in the absence of timely objections, the requested fees will be deemed unopposed. (Docket No. 126 at ¶ 13.) The order of appointment further provides that the parties shall promptly pay the Special Master's fees upon approval, and that the fees will be split equally among the parties, subject to any reallocation by the Court. (*Id.* at ¶¶ 12–13.)

Because no objections to the Special Master's fee application have been filed, the Court treats the fee request as unopposed. Nevertheless, the Court has reviewed the fee application and generally finds the time spent and hourly rates requested to be reasonable, particularly considering the volume of work and intensity of contest involved and the voluntary reductions in billing rates and expenses. The Special Master's requested fee of $43,086.50 and requested expenses of $0.00, for a total compensation of $43,086.50, are therefore approved. As directed in the order of

1

appointment, the parties will equally share in payment of this approved compensation and shall promptly pay the Special Master.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge