IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| COMMONSPIRIT HEALTH, | ) |
| | ) |
|     Plaintiff/Counter-Defendant, | ) |
| | ) |
| v. | ) |
| | )   Case No. 3:21-cv-00460 |
| HEALTHTRUST PURCHASING GROUP, L.P., and HPG ENTERPRISES, LLC, | ) |
| | ) |
|     Defendants/Counterclaimants. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) the parties stipulate to the dismissal with prejudice of this action, with each party to bear its respective costs.

SO STIPULATED this 27 day of October, 2023:

*/s/ Victor J. Domen, Jr. (with permission)*
Victor J. Domen, Jr.
NORTON ROSE FULBRIGHT US, LLP
799 9th Street NW, Suite 1000
Washington, DC 20001
(202) 662-0200
vic.domen@nortonrosefulbright.com

*Counsel for Plaintiff-Counterclaimant CommonSpirit Health*

*/s/ W. David Bridgers*
W. David Bridgers, TN BPR #016603
HOLLAND & KNIGHT LLP
511 Union Street, Suite 2700
Nashville, TN 37219
(615) 244-6380
David.Bridgers@hklaw.com

*Counsel for Defendants-Counterclaimants HealthTrust Purchasing Group, L.P. and HPG Enterprises, LLC*

1

## CERTIFICATE OF SERVICE

I hereby certify that, on October 27, 2023, a true and accurate copy of the foregoing has been served by the Court's electronic filing system on the following:

Victor J. Domen, Jr.
NORTON ROSE FULBRIGHT US, LLP
799 9th Street NW, Suite 1000
Washington, DC 20001
Telephone: (202) 662-0200
vic.domen@nortonrosefulbright.com

James H. Turken
Rebecca Lawlor Calkins
Neil P. Thakor
Kelly L. Doyle
NORTON ROSE FULBRIGHT US, LLP
555 South Flower Street, Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
james.turken@nortonrosefulbright.com
rebecca.calkins@nortonrosefulbright.com
neil.thakor@nortonrosefulbright.com
kelly.doyle.dahan@nortonrosefulbright.com

Kevin C. Kline
KLEIN SOLOMON MILLS, PLLC
1322 4th Avenue North
Nashville, Tennessee 37208
kevin.klein@kleinpllc.com

*Attorneys for CommonSpirit Health*

/s/ W. David Bridgers